STEWART *v.* THE STATE.

LUMPKIN, J. 1. There was no abuse of discretion in refusing to grant a new trial on the ground of newly discovered evidence.

2. The evidence involved the defense of voluntary manslaughter, and it was error not to charge on that subject.

3. The other grounds of the motion for new trial present no cause for reversal, especially in the light of the notes appended thereto by the presiding judge.         *Judgment reversed. All the Justices concur.*
DECEMBER 18, 1915.

Indictment for murder. Before Judge Littlejohn. Lee superior court. June 25, 1915.

*Robert R. Forrester,* for plaintiff in error.

*Clifford Walker,* attorney-general, *J. R. Williams,* solicitor-general, and *Mark Bolding,* contra.